# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**RECEIVED**

FEB 11 2011

OFFICE OF THE BANKRUPTCY JUDGE
SYRACUSE, NY

In re Robert L. Myricks and Margaret J. Myricks

*[Set forth here all names including married, maiden, and trade
names used by debtor within last 8 years.]*

Debtor

Case No.    06-32333

Chapter    7

Employer's Tax Identification No(s). [if any]
Last four digits of Social Security No(s): xxx-xx-8348 xxx-xx-0180

## ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It is ordered that the application for payment of unclaimed funds in the amount of

$1,029.27 is hereby approved and that pursuant to 28 U.S.C. 2042, the Bankruptcy Clerk

pay this unclaimed money to the order of:

Citicorp, N.A., c/o Kathleen S. Allen
_____
(Name of Creditor)

3800 Citigroup Center Dr., Location G3-4
_____
(Address of Creditor)

Tampa, FL, 33610
_____
(Address of Creditor)

13 - 2938684
_____
(Tax Identification Number of Creditor)

RECEIVED

FEB 11 2011

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

RECEIVED
OFFICE OF THE BANKRUPTCY...
ALBANY...
FEB - 4 2011

FILED
CLERK OF THE
N.D. OF NY
BANKRUPTCY COURT
SYRACUSE
FEB 11 PM 3: 00

BY THE COURT

At: SYRACUSE

DATE: February 11, 2011

HON. MARGARET CONGILOS-RUIZ
US Bankruptcy Judge